RECEIVED
OCT 21 2013
Satterberg Law Offices

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| RICHARD COBDEN, and<br>CARONE COBDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC.,<br>SAFEWAY FS,<br>SAFEWAY, INC. 405, and<br>SAFEWAY WEST GAS.<br><br>Defendants. | FILED in the Trial Courts<br>State of Alaska, Fourth District<br><br>OCT 21 2013<br><br>By_____ Deputy<br><br>Case No. 4FA-13-2901 CI |

## COMPLAINT

COME NOW Plaintiffs, RICHARD COBDEN and CARONE COBDEN, by and through their attorney, The Law Offices of William R. Satterberg, Jr., and hereby complain against the Defendants, SAFEWAY, INC., SAFEWAY FS, SAFEWAY, INC. 405, and SAFEWAY WEST GAS as follows:

1. At all times relevant to this cause, Plaintiff, Richard Cobden, and Richard's wife, Plaintiff, Carone Cobden, have been residents of Fairbanks, Alaska, in the Fourth Judicial District.

2. Defendants, Safeway, Inc. and Safeway, Inc. 405, upon information and belief, are duly licensed corporations doing business within the State of Alaska, Fourth Judicial District at Fairbanks, at all times pertinent hereto.

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454
FAX (907) 452-3988
office@satterberg.net

EXHIBIT B
Page 1 of 3

3. Defendants, Safeway, Inc., and/or Safeway Inc. 405, upon information and belief, own, operate, and control the building and fuel pumps located at 1385 University Avenue, Fairbanks, Alaska, and operate at that location a fuel station under the name Safeway FS and/or Safeway West Gas.

4. Defendants had a duty to maintain the building and fuel pump area in a reasonably safe condition, in view of the accumulating ice and likelihood of injury from patrons slipping on icy areas.

5. On or about November 23, 2011, Plaintiff, Richard Cobden, was at the Safeway fuel station to fill up his vehicle. Richard was returning to the driver's side door of his vehicle, when he slipped on an icy, snowy, and slick surface, causing Richard to fall and fracture his hip.

6. Defendants failed to exercise reasonable care to protect business invitees from icy surface conditions, failed to take steps to remedy the dangerous conditions in the fuel pump area, and failed to take reasonable action to warn or otherwise notify patrons of the dangerous conditions in the fuel pump area.

7. Defendants had a duty to properly maintain the fuel pump area and provide safe premises free from hazardous and dangerous conditions. Defendants negligently breached that duty by failing to render the premises safe for use.

8. Defendants also had a duty to warn patrons of unsafe conditions. Defendants negligently breached that duty by failing to warn patrons of the icy, snowy, and slick surfaces that were in the fuel pump area at the time Richard fell.

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454
FAX (907) 452-3988
office@satterberg.net

EXHIBIT B
Page 2 of 3

Richard Cobden and Carone Cobden v. Safeway, Inc., et al. / 4FA-13-2801 CI
Case 4:13-cv-00038-HRH   Document 1-2   Filed 11/15/13   Page 2 of 3
Complaint / Page 2 of 3

9. As a result of Defendants' breaches and negligence, Richard Cobden suffered, and continues to suffer damages, including past, present, and future physical injuries, medical expenses, loss of income, pain and suffering, emotional distress, loss of enjoyment of life, loss of society, and other damages in an amount in excess of $100,000, to be proven more specifically at the trial of this matter.

10. As a direct and proximate result of the Defendants' breach of their duty of care, Plaintiff, Carone Cobden, suffered a loss of society, services, love, affection, and consortium as a result of the injuries to her husband, Richard Cobden.

WHEREFORE Plaintiffs pray for judgment against the Defendants in an amount in excess of $100,000.00, to be proven more specifically at the trial of this cause, and for their reasonable costs, interest, and attorney's fees occasioned thereby, and for any such other relief as deemed just and equitable in the premises.

DATED this 21st day of October, 2013

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: _____
William R. Satterberg, Jr.
ABA No. 7610126
Attorney for Plaintiff

:lw

EXHIBIT B
Page 3 of 3

Richard Cobden and Carone Cobden v. Safeway, Inc., et al. / 4FA-13-2801 CI
Complaint/ Page 3 of 3

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454
FAX (907) 452-3988
office@satterberg.net