Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK  99501
Phone:  (907) 279-3581
Fax:  (907) 277-1331
cld@delaneywiles.com

Attorneys for Defendant
Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD COBDEN, and<br>CARONE COBDEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 4:13-cv-00038 (HRH) |

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiffs and defendant, by and through their attorneys, Satterberg Law Offices and Delaney Wiles, Inc., hereby stipulate and agree that the above-referenced action may be dismissed with prejudice, with each side to bear its own costs and fees. This stipulation is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation includes all claims that were brought or could have been brought, arising out of the facts alleged in the complaint.

DATED this 31 day of December 2014, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant

_____
Cynthia L. Ducey
Alaska Bar No. 8310161

DATED this 30 day of December 2014, at Fairbanks, Alaska.

SATTERBERG LAW OFFICES
Attorneys for Plaintiff

_____
William R. Satterberg, Jr.
Alaska Bar No. 7610126

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent of Delaney Wiles, Inc., for service of papers, and that on this 31 day of December 2014, a copy of the foregoing document was served by Electronic service upon:

William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, Alaska 99701

_____
Donna K. Daniels
4810-6431-6192, v. 1